# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0023. DOURESSEAUX v. THOMAS.**

On January 10, 2020, Jasmine Douresseaux, pro se, filed an Emergency Motion for Relief asking this Court to stay a "Final Order and Parenting Plan."[1] Court of Appeals Rule 40 (b), governing emergency motions, mandates that such motions contain "a stamped 'filed' copy of the order being appealed," as well as "a stamped 'filed' copy of the notice of appeal, if one has been filed in the trial court." Court of Appeals Rule 40 (b) (2) and (3). Although Douresseaux's emergency motion relates to a January 9, 2020 order of the trial court denying her motion for new trial, she has not included a "stamped filed" copy of this order with her motion. Instead, she has included the trial court's November 8, 2018 "FINAL ORDER AND PARENTING PLAN." Based upon Douresseaux's failure to include the order from which she seeks relief, her Emergency Motion for Relief is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/14/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] The relief sought by Douresseaux can largely be obtained by filing a notice of appeal and the payment of costs in the trial court. See Court of Appeals Rule 40 (a); *Caldwell v. Meadows*, 312 Ga. App. 70, 77 (4) (717 SE2d 668) (2011).